UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 2 3 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:15CR00441 CDP/NCC** |
| v. ) | |
| ) | |
| TERRANCE WILSON, ) | Counts I-II |
| a/k/a "Mutt," and ) | |
| DONALD STEWART, ) | Counts I-II |
| a/k/a "O.G.," ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 26, 2010, in St. Louis City, within the Eastern District of Missouri, and elsewhere,

**TERRANCE WILSON, a/k/a "Mutt," and
DONALD STEWART, a/k/a "O.G.,"**

the defendants herein, acting together and with others, known and unknown, including Viconto Johnson, Donald White, and Derrick Clemons, did knowingly possess one or more firearms in furtherance of the commission of a drug trafficking crime for which they may be prosecuted in a court of the United States, to-wit: conspiracy to distribute and to possess with the intent to distribute narcotics, including but not limited to cocaine, and in the course of such violation, caused the death of Michael McGill, through the use of one or more firearms.

In violation of Title 18, United States Code, Sections 2, 924(c)(1)(A), and 924(j).

1

And in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendants, acting together and with others, with malice aforethought, unlawfully killed Michael McGill, by shooting him with one or more firearms, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j).

## COUNT II

The Grand Jury further charges that:

On or about July 23, 2010, in St. Louis City, within the Eastern District of Missouri, and elsewhere,

**TERRANCE WILSON, a/k/a "Mutt," and
DONALD STEWART, a/k/a "O.G.,"**

the defendants herein, acting together and with others, known and unknown, including Jerome Lewis, Donald White, Christopher Spates, and Darryl D. Clemons did knowingly possess one or more firearms in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to-wit: conspiracy to distribute and to possess with the intent to distribute cocaine, and in the course of such violation, caused the death of Darrion Williams, Jr., through the use of one or more firearms.

In violation of Title 18, United States Code, Sections 2, 924(c)(1)(A), and 924(j).

And in the course of this violation caused the death of a person through the use of a firearm, which killing is a murder as defined in Title 18, United States Code, Section 1111, in that the defendants, acting together and with others, with malice aforethought, unlawfully killed

Darrion Williams, Jr., by shooting him with one or more firearms, willfully, deliberately, maliciously, and with premeditation, thereby making this offense punishable under Title 18, United States Code, Sections 2 and 924(j).

A TRUE BILL

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
DEAN R. HOAG, #23843MO
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys