15-CR-441-CDP/ACC

RECEIVED
FEB 14 2019
BY MAIL

1/12/19

Dear Judge Perry

I'm writing, because I don't understand my lawyer's situation with me.

I haven't receive any of my trial transcripts, my lawyer keep saying there available, but as of 1/12/19 I haven't receive any of it.

Thank you Donald Stewart

Donald Stewart
Jenning City Jail
5445 Jenning Station Rd.
Jenning, Mo. 63136

RECEIVED
FEB 14 2019
BY MAIL

SAINT LOUIS MO 630
12 FEB 2019 PM 8 L

Judg Perry
Court Clerk
111 S. Tenth St.
St. Louis, Mo. 63102

63102-112599